IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KATHERINE ELLIOTT                                                                             PLAINTIFF

VS.                                              CASE NO. 12-CV-1033

C&D ZODIAC, INC. d/b/a ZODIAC
AEROSPACE and AMERICAN FUEL
and COATED FABRICS COMPANY                                                       DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion to Dismiss Separate Defendant C&D Zodiac, Inc. d/b/a Zodiac Aerospace. (ECF No. 7). Plaintiff is seeking to dismiss all claims against Separate Defendant C&D Zodiac, Inc. d/b/a Zodiac Aerospace. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff's claims against Separate Defendant C&D Zodiac, Inc. d/b/a Zodiac Aerospace are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 24th day of May, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge