IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

KATHERINE ELLIOTT                                                                                          PLAINTIFFS

V.                                              Case No. 12-CV-1033

AMERICAN FUEL CELL AND
COATED FABRICS COMPANY                                                                        DEFENDANT

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant American Fuel Cell and Coated Fabrics Company. (ECF No. 19). Plaintiff Katherine Elliott has responded. (ECF No. 23). Defendant has filed a reply. (ECF. No. 27). The matter is ripe for the Court's consideration.

For the reasons stated in the Memorandum Opinion of even date, the Court finds that Defendant's Motion for Summary Judgment (ECF No. 19) should be and hereby is **GRANTED**. Plaintiffs' complaint is **DISMISSED**.

IT IS SO ORDERED, this 5th day of August, 2013.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge